# Court of Appeals
# of the State of Georgia

ATLANTA,__April 21, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A0961. SMHA HEALTHCARE, INC. et al v. COHEN.

The Appellants have filed an unopposed Motion to Withdraw this appeal, which is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/21/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*